JOHN TIERNAN, Respondent, *v.* NORMAN E. MACK, Appellant.

*Tiernan* v. *Mack*, 115 App. Div. 921, appeal dismissed.
(Argued November 18, 1907; decided November 26, 1907.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 21, 1906, which affirmed an order of Special Term denying a motion to compel plaintiff to accept the answer of the defendant.

The motion was made upon the ground that the appeal was unauthorized and had not been allowed by the Appellate Division.

*Spencer Brownell* for motion.

*F. T. Cahill* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.